```
                                                              F I L E D
                                                       UNITED STATES DISTRICT COURT
              IN THE UNITED STATES DISTRICT COURT           DENVER, COLORADO
                  FOR THE DISTRICT OF COLORADO
                                                             JUN - 2 2006
```

Civil Action No. 06-cv-00820-BNB                      GREGORY C. LANGHAM
                                                              CLERK

ANDY LY,

      Plaintiff,

v.

JOE ORTIZ, Executive Director of the Colorado Dept. of Corrections, E.T.A.L.,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On May 30, 2006, Plaintiff filed a Letter with the Court. In the Letter, Plaintiff requests verification that payment of the $12.00 initial partial filing fee has been received. Payment of the $12.00 was received by the Court on May 30, 2006. Plaintiff also requested appointment of counsel in the Letter. Plaintiff's request for appointment of counsel is DENIED as premature.

      On May 31, 2006, Plaintiff also filed a "Motion to Produce Plaintiff's Medical Records." The Motion is DENIED as premature.

Dated: June 2, 2006

Copies of this Minute Order mailed on June 2, 2006, to the following:

Andy Ly
Reg. No. 122709
2925 E. Las Vegas
Colorado Springs, CO 80906

                              Secretary/Deputy Clerk