IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 – 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00820-BNB

ANDY LY,

      Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
DOUGLAS PEARSON, Dentist, Ft. Lyon C.F., and
MEDICAL DEPT. FORT LYON, et al.,

      Defendants.

---

## ORDER VACATING THE COURT'S MAY 18, 2006, ORDER AND DIRECTING PLAINTIFF TO FILE AN AMENDED 28 U.S.C. § 1915 MOTION

---

On July 25, 2006, Plaintiff Andy Ly filed a Letter and an Amended Complaint with the Court. Although he has failed to notify the Court that his address has changed, on each of the documents he filed he has listed a return address as an apartment in Denver, Colorado. It appears that he has been released from custody. Plaintiff, therefore, will be directed to file an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Since Plaintiff has been released from custody, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir.

1996).  Alternatively, Mr. Ly may elect to pay the $350.00 filing fee in order to pursue his claims in this action.  Accordingly, it is

ORDERED that the Court's Order entered on May 18, 2006, is vacated.  It is

FURTHER ORDERED that Mr. Ly submit **within thirty days from the date of this Order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Alternatively, Mr. Ly may elect to pay the $328.00 balance of the $350.00 filing fee that he owes in order to pursue his claims in this action.  It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589.  It is

FURTHER ORDERED that the Clerk of the Court revise the Docket to include Mr. Ly's new address as noted on Page Two of the Amended Complaint that he filed July 25, 2006, and that the Clerk of the Court send to Plaintiff, **at the new address**, a copy of this Order and two copies of a **nonprisoner's** Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, for use in submitting the Amended Motion and Affidavit.  It is

FURTHER ORDERED that if Plaintiff fails to file the Amended Motion and Affidavit within thirty days of the date of the instant order the Complaint and action will be dismissed without further notice.  It is

2

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915, filed April 21, 2006, is denied as moot.

DATED August 1, 2006, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00820-BNB

Andy Ly
7560 E. Harvard Ave, Apt #207
Denver, CO 80231

I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on_____ 8.1-06_____

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk