IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00820-WYD-CBS

ANDY LY,

    Plaintiff,

v.

JOE ORTIZ, Executive Director, D.O.C., and
DOUGLAS PEARSON, Dentist, Ft. Lyon C.F.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated:  September 20, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00820-WYD-CBS

Andy Ly
7560 E. Harvard Ave., Apt. 207
Denver, CO 80231

Joe Ortiz, and Douglas Pearson - WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joe Ortiz, and Douglas Pearson, and to John Suthers: AMENDED COMPLAINT FILED 7/15/06, ORDER FILED 9/15/06, SUMMONS, WAIVER, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/22/06 .

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                         Deputy Clerk