IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00820-WYD-CBS

ANDY LY,
    Plaintiff,
v.

JOE ORTIZ, Executive Director D.O.C., and
DOUGLAS PEARSON, Dentist, Ft. Lyon C.F.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court pursuant to the Order of Reference dated December 1, 2006 (doc. # 27). Ly filed an Amended Complaint on July 25, 2006 (doc. # 16), wherein he indicated that his address is 7560 E. Harvard Ave. Apt. # 207, Denver CO 80231. Mailings sent to Ly's former address have twice been returned in the mail as undeliverable. The court having reviewed the case file and being sufficiently advised in the premises,

    IT IS ORDERED that the Clerk of the Court is directed to update Ly's address to 7560 E. Harvard Ave. Apt. # 207, Denver CO 80231 and to re-mail copies of docs. # 29, # 27, # 24, # 22, # 21, and # 20 to Ly at that address.

    DATED at Denver, Colorado, this 5th day of December, 2006.

                                                    BY THE COURT:

                                                    *s/Craig B. Shaffer*
                                                    United States Magistrate Judge