IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00820-WYD-CBS

ANDY LY,

     Plaintiff,

v.

JOE ORTIZ, Executive Director of the Colorado Department of Corrections;
MEDICAL DEPARTMENT, Fort Lyon;
DOUGLAS PEARSON, Dentist- Ft. Lyon C.F.;
MEDICAL DEPARTMENT,

     Defendants.

## ORDER OF DISMISSAL

     This matter is before the court on a review of the file.  By Order dated November 8, 2006, this Court Ordered Plaintiff to make the required monthly payments or show cause why he could not make these payments [Docket #24].  Plaintiff has never responded to this Order, nor has Plaintiff ever made any of the requisite payments.  On November 25, Defendants Joe Ortiz and Douglas Pearson filed a Motion to Dismiss [Docekt #25].  Plaintiff never responded to this Motion in any way.  Since September 25, 2006, all mailings sent to Plaintiff by this Court have been returned as undeliverable.  Plaintiff had a duty to inform the Court within 10 days of any change of address.  See Local Rule 10.1(m).  For the aforementioned reasons, I find that this case should be dismissed for a Failure to Prosecute. Accordingly, it is

ORDERED that the claims and causes of action asserted against Defendants are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated:  March 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge